UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ERIC NOEL,

      Plaintiff,

      v.

MYRNA A. HALL, trustee and personal representative of the ESTATE OF BRIAN C. HALL, deceased, SANDRA A. HALL, fka SANDRA JOHNSON, GABRIELLE S. LENNARTZ, HERB WEISSER, and MICHELLE A. MERCHANT,

      Defendants.

Case No. 3:99-CV-649-AC

ORDER

HAGGERTY, District Judge:

      Magistrate Judge Acosta has issued a Findings and Recommendation [463] in this action. The Magistrate Judge recommends denying plaintiff's motion to reinstate six wiretap and related claims against defendant Sandra Hall. No objections were filed by either party, and the case was referred to this court.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that

1 -- ORDER

there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196, 206 (9th Cir. 1974).

No clear error appears on the face of the record. Accordingly, this court adopts the Findings and Recommendation in its entirety. Plaintiff's Motion to Reinstate [454] is DENIED.

IT IS SO ORDERED.

DATED this 13th day of February, 2012.

        /s/ Ancer L. Haggerty
        Ancer L. Haggerty
        United States District Judge

2 -- ORDER