UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ERIC NOEL,

    Plaintiff,

v.

MYRNA A. HALL, trustee and personal
representative of the ESTATE OF BRIAN
C. HALL, deceased; SANDRA A. HALL,
fka SANDRA JOHNSON; GABRIELLE S.
LENNARTZ; HERB WEISSER; and
MICHELLE A. MERCHANT,

    Defendants.

Case No.: 3:99-cv-00649-AC

ORDER

HAGGERTY, District Judge:

    Magistrate Judge Acosta has issued a Findings and Recommendation [510] in this action. The Magistrate Judge recommended that defendant Myrna Hall's Motion for Attorney Fees [480] be granted in the amount of $12,815.98 and defendant Sandra Hall's Motion for Attorney Fees

1 -- ORDER

[483] be granted in the amount of $16,501.55. No objections were filed, and the case was referred to this court.

The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

## CONCLUSION

The Findings and Recommendation [510] is adopted. Defendant Myrna Halls' Motion for Attorney Fees [480] is GRANTED in the amount of $12,815.98, and defendant Sandra Hall's Motion for Attorney Fees [483] is GRANTED in the amount of $16,501.55.

IT IS SO ORDERED.

DATED this 18 day of June, 2013.

Ancer L. Haggerty
United States District Judge

2 -- ORDER