UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ERIC NOEL, | Case No.: 3:99-cv-00649-AC |
| Plaintiff, | ORDER |
| v. | |
| MYRNA A. HALL, trustee and personal representative of the ESTATE OF BRIAN C. HALL, deceased; SANDRA A. HALL, fka SANDRA JOHNSON; GABRIELLE S. LENNARTZ; HERB WEISSER; and MICHELLE A. MERCHANT, | |
| Defendants. | |

HAGGERTY, District Judge:

Magistrate Judge Acosta has issued a Findings and Recommendation [514] in this action. The Magistrate Judge recommended that defendant Gabrielle S. Lennartz's Motion for Attorney Fees [492] be granted in the amount of $5,696.18. No objections were filed, and the matter was referred to this court.

1 -- ORDER

The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The Findings and Recommendation [514] is adopted. Defendant Gabrielle S. Lennartz's Motion for Attorney Fees [492] is GRANTED in the amount of $5,696.18.

IT IS SO ORDERED.

DATED this 24 day of September, 2013.

_____
Ancer L. Haggerty
United States District Judge

2 -- ORDER